IN THE SUPREME COURT OF NORTH CAROLINA

No. 404A18

Filed 29 March 2019

COUNTY OF DURHAM, by and through DURHAM DSS, ex rel. SHARON L. WILSON and TIFFANY A. KING

v.

ROBERT BURNETTE


Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 821 S.E.2d 840 (2018), vacating orders entered on 23 November 2016 by Judge Fred Battaglia in District Court, Durham County, and remanding for entry of new orders. Heard in the Supreme Court on 6 March 2019.

*Office of the County Attorney, by Geri Ruzage, Senior Assistant County Attorney, for plaintiff-appellant.*

*Mary McCullers Reece for defendant-appellee.*

PER CURIAM.


AFFIRMED.


Justice DAVIS did not participate in the consideration or decision of this case.